

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00536-CV

Logan **ANJANEYULU**, Alamo Growth Fund 1 GP, LLC, Alamo Equity, LLC, El Tropicano, LLC, and Alamo El Trop Hotel, LLC,
Appellants

v.

Emilio **NICOLAS** Jr., for Himself and Derivatively on Behalf of Alamo Growth Funds 1, LP,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI09882
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, appellants' unopposed motion to dismiss is GRANTED. this appeal is DISMISSED. The trial court's previous orders and judgment are SET ASIDE, and this appeal is DISMISSED. Costs of appeal are taxed against the parties who incurred them.

SIGNED April 2, 2025.

_____
Adrian A. Spears II, Justice